UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 2:25-cr-253-KCD-DNF

TRAVON GOODMAN.

## PRELIMINARY ORDER OF FORFEITURE

The United States moves for a Preliminary Order of Forfeiture for the Glock GMBH 26GEN4, 9mm pistol, serial number: REH249.

Being fully advised of the relevant facts, the Court finds that the firearm identified above was involved in the offense charged in Count One of the Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the asset identified above is **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the

forfeiture and disposition of such property.

**ORDERED** in Fort Myers, Florida, on April 21, 2026.

**KYLE C. DUDEK**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Suzanne C. Nebesky
Counsel of Record